**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda Heilman, | No. CV-25-01322-PHX-DJH |
|       Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
|       Defendant. | |

Before the Court is Plaintiff Brenda Heilman ("Plaintiff") and the Commissioner of Social Security Administration's ("Commissioner") Stipulation for the case to be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  (Doc. 9).  On remand, the Commissioner will further develop the record as necessary, offer Plaintiff the opportunity for a hearing, and issue a new decision.

Accordingly,

**IT IS ORDERED** approving the Stipulation (Doc. 9).  The above case shall be **REVERSED** and **REMANDED.** The Clerk of Court enter final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated this 16th day of June, 2025.

_____
Honorable Diane J. Humetewa
United States District Judge